# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0002. NANCE et al. v. HOUSTON COUNTY BOARD OF EDUCATION et al.**

Movant filed this emergency motion for supersedeas and motion to expedite to the Supreme Court of Georgia. On July 20, 2020, the Supreme Court transferred this case to the Court of Appeals. Movant filed a substantially similar motion with this Court on July 17, 2020, which we denied.

Because Movant's motion does not meet the criteria set forth in Court of Appeals Rule 40 (b), this motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/20/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*